UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 02-2016

———————

CHERYL A. SHARP,

Plaintiff - Appellant,

versus

KEITH FISHBURNE; PEGGY SMITH; MARVIN E. VANN;
SPECIAL OLYMPICS NORTH CAROLINA,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  W. Earl Britt, Senior
District Judge.  (CA-00-457-5-BR)

———————

Submitted:  January 27, 2003        Decided:  February 14, 2003

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Cheryl A. Sharp, Appellant Pro Se.  Gretchen W. Ewalt, MAUPIN,
TAYLOR & ELLIS, P.A., Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cheryl A. Sharp appeals the district court's order granting the Defendants' motion to dismiss and dismissing her civil action with prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Sharp v. Fishburne, No. CA-00-457-5-BR (E.D.N.C. July 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED